# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

C2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| v. | * * | CRIM. NO. 22-017-BRM |
| Elijah Shumate | * * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with the operative COVID-19 standing orders, this Court finds:

[✔] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✔] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Safety due to Covid-19 pandemic.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✔] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

Date:   January 13, 2022

Honorable Brian Martinotti
United States District Judge